M. Diane KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of American Integrity Insurance Company, Appellee,

v.

Michael SILEO, Appellant.

Supreme Court of Pennsylvania.

Jan. 28, 1999.

### ORDER

PER CURIAM:

AND NOW, this 28th day of January, 1998, the judgment entered on the verdict of February 11, 1998, in favor of Appellee and against Appellant, and docketed in the Commonwealth Court at No. 423 M.D. 1996, is AFFIRMED.